Eastern District of Kentucky
FILED

AUG 06 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.** **SUPERSEDING INDICTMENT NO. 5:26-CR-56-S-SCM-MAS**

**LAVONTE L. HARMON and**
**CHRISTY L. TORRES**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 846**

Beginning in or about November 2025, the exact date unknown, and continuing through on or about November 25, 2025, in Madison County and Fayette County, in the Eastern District of Kentucky, and elsewhere,

**LAVONTE L. HARMON and**
**CHRISTY L. TORRES**

did conspire together and with others to knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, 28 grams or more of a mixture or substance containing cocaine base, and a mixture or substance containing cocaine hydrochloride, each a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**COUNT 2**
**21 U.S.C. § 841(a)(1)**

On or about May 27, 2025, in Fayette County, in the Eastern District of Kentucky,

**LAVONTE L. HARMON**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**21 U.S.C. § 841(a)(1)**

On or about May 29, 2025, in Fayette County, in the Eastern District of Kentucky,

**LAVONTE L. HARMON**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 4**
**21 U.S.C. § 841(a)(1)**

On or about November 25, 2025, in Fayette County, in the Eastern District of Kentucky,

**LAVONTE L. HARMON**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 5**
**21 U.S.C. § 841(a)(1)**

On or about November 25, 2025, in Fayette County, in the Eastern District of Kentucky,

**LAVONTE L. HARMON**

did knowingly and intentionally possess with intent to distribute 28 grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 6**
**21 U.S.C. § 841(a)(1)**

On or about November 25, 2025, in Fayette County, in the Eastern District of Kentucky,

**LAVONTE L. HARMON**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**21 U.S.C. § 851 ENHANCEMENT**

Before **LAVONTE L. HARMON** committed the offenses charged in Counts 1, 4, and 5 of this Indictment, he had a final conviction for a serious drug felony offense, namely, Possession with Intent to Distribute 10 grams or More of a Mixture or Substance Containing a Detectable Amount of Acetylfentanyl, by final judgment of the United States District Court, Eastern District of Kentucky, Case Number 5:13-CR-109-KKC, in October 2019, for which he served a term of imprisonment of more than 12 months and was released from any term of

imprisonment related to that offense within 15 years of the commencement of the offenses referenced herein.

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**

1. By virtue of the commission of the felony offenses alleged in Counts 1 - 6 of the Indictment, **LAVONTE L. HARMON and CHRISTY L. TORRES**, shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation(s) of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation(s) of 21 U.S.C. § 841. Any and all interest that **LAVONTE L. HARMON and CHRISTY L. TORRES** have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**

a. The following seized from 725 Candlewood Drive, Unit 1, Berea, Kentucky, on or about November 25, 2025:
   i. Approximately $15,864.00 in U.S. currency; and
   ii. Approximately $3,090.00 in U.S. currency.

b. The following seized from the Defendants during a traffic stop on or about November 25, 2025:
   i. Approximately $1,629.00 in U.S. currency; and
   ii. Approximately $3,560.00 in U.S. currency.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court, (D) has been substantially diminished in value; or (E) has been

commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**CYNTHIA T. RIEKER**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNTS 1, 4, and 5:** Not less than 5 years nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If prior conviction for a serious drug felony:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 6 years supervised release.

**COUNTS 2, 3 and 6:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior conviction for a felony drug offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture.